# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Case No. 11-cv-02329-REB-CBS

**SAMPSON CONSTRUCTION CO., INC.**, a Nebraska corporation,

    Plaintiff,

v.

**QUALITY ELECTRIC, INC.**, a Colorado corporation,

    Defendant.

---

ORDER GRANTING PLAINTIFF'S REQUEST FOR A DEPOSITION UNDER C.R.C.P. 69(i)

---

The Court, having reviewed Plaintiff Sampson Construction Co. Inc.'s Motion for an Order Granting a Deposition Under C.R.C.P. 69(i) and being otherwise fully informed, finds that the motion has merit and should be granted.

**THEREFORE, IT IS ORDERED** as follows:

1. That Plaintiff Sampson Construction Co. Inc.'s Motion for an Order Granting a Deposition Under C.R.C.P. 69(i) is **GRANTED**;

2. That Plaintiff Sampson Construction Co. Inc.'s request to subpoena the deposition testimony of Rex Weiderspahn in his personal capacity and his capacity as former president of Quality Electric, Inc is **GRANTED**.

3. That Plaintiff Sampson Construction Co. Inc.'s to subpoena the production of documents by Rex Weiderspahn for his deposition is **GRANTED**.

Dated: ~~January~~ February 5, 2013 at Denver, Colorado.

**BY THE COURT:**

_____
~~Robert E. Blackburn~~ Craig B. Shaffer
United States ~~District Court~~ Magistrate Judge